**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| SABINO PICASSO, | ) | Case No.: | 09-12055 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE AND FOR LIMITED NOTICE**

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT ON **Thursday, October 1, 2009, at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge **Manuel Barbosa**, or any Judge sitting in his stead, at the courthouse located at **Courtroom 140, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** the attached Final Application for Allowance of Compensation as General Counsel to the Trustee and for Limited Notice, at which time you may appear as you deem necessary.

Thomas E. Springer
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187                                                          /s/ Thomas E. Springer
630-510-0000                                                                    Thomas E. Springer


**CERTIFICATE OF SERVICE**

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Wheaton, Illinois before 5:45 on **September 11, 2009** with proper postage prepaid.


                                                                                   /s/ Thomas E. Springer

**Service List**

Sabino Picasso
10N835 Maple Street
Elgin, IL 60123

Arturo P Gonzalez
920 Davis Road , Suite 100
Elgin, IL 60123
Via ECF electronic service

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL 60134
Via ECF electronic service

William T. Neary
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
Via ECF electronic service


Capital One Bank (USA), N.A.
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA  30091

PYOD LLC its successors and
assigns as assignee of
Citibank
c/o Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Chase Bank USA
P.O. Box 15145
Wilmington, DE  19850

Premier BankCard/Charter
P.O. Box 2208
Vacaville, CA  95696

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Chase Bank USA, N.A.
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX  75374

Wells Fargo Bank NA
4137 121st Street
Urbandale, IA  50323

FIA Card Service, NA
Bank of America
By American Inforsource LP as its agent
P.O. Box 248809
Oklahoma City, OK 73124-8809

GE Money Bank
dba JC Penney Credit Services
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter: | 7 |
| ) | | |
| SABINO PICASSO, ) | Case No.: | 09-12055 |
| ) | | |
| Debtor. ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE AND FOR LIMITED NOTICE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, ROY SAFANDA, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from May 20, 2009 through preparation of Applicant's current Final Fee Application, September 10, 2009. The Application represents 9.0 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $2,925.00 and $61.91 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on April 5, 2009 and Roy Safanda was appointed as the Chapter 7 Trustee herein. On May 28, 2009, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is

competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed his Chapter 7 proceeding on April 5, 2009.  The Debtor's Schedule B listed a 1999 Chevrolet Corvette (hereinafter "Vehicle") as an asset with a fair market value of $12,325.00 and no liens.  The Trustee confirmed that the average wholesale value listed for the vehicle through both NADA, KBB and alternative valuation references is equivalent to and consistent with the value listed in Debtor's schedules based on the age, condition and mileage of the vehicle.

On May 20, 2009, Applicant drafted a letter to Debtor's Counsel advising that there was non-exempt equity in the Vehicle and extending an offer to the Debtor to purchase the estate's interest in the Vehicle.  Debtor's Counsel responded to the offer and offered to purchase the Vehicle for a lump sum of $7,000.00.  Applicant discussed the offer with the Trustee and agreed on a counteroffer of $8,000.00.  The Debtor agreed to purchase the estate's interest in the Vehicle for $8,000.00.

On June 23, 2009, Applicant drafted and filed the Motion for Approval of Trustee's Rights, Title and Interest in the Vehicle.  On July 23, 2009, the Court entered an Order Approving Sale of the Vehicle.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit A and an itemization of the reasonable and necessary expenses Applicant incurred are also attached as Exhibit B.  Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law.  Applicant is requesting reimbursement of photocopy charges at the rate of 15¢ per copy.  Applicant's expense request does not include any long distance telephone service charges.

      In an effort to reduce expense and costs to the bankruptcy estate, Applicant requests that notice and service of this Motion be limited to parties in interest and creditors who have filed proofs of claim with the Clerk of the Court in this matter pursuant to FRBP 9007.

      **WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $2,925.00 and expenses in the amount of $61.91 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein allowing for limited notice and for any such other and further relief as this Court deems just and equitable.

DATE: September 11, 2009

Respectfully Submitted,
APPLICANT
Roy Safanda, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
      Thomas E. Springer
      Counsel to the Trustee

Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000