UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE: )
) Bankruptcy No. 09-12055
SABINO PICASSO, ) Chapter 7
) Judge Manuel Barbosa
    Debtor. )

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At: 100 S. 3rd St., Room 140, Geneva, IL 60134

   On: December 3, 2009 Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $ 8,000.00 |
   | Disbursements | $ 0.00 |
   | Net Cash Available for Distribution | $ 8,000.00 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $0.00 | $1,550.00 | $ 26.83 |
| Thomas Springer, Attorney | $0.00 | $2,925.00 | $ 61.91 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None. | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ 0.00 , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be   0  %.

Allowed priority claims are:

| Claim Number | Allowed Claimant | Amount of Claim($) | Proposed Payment($) |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $ 153,023.20  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.3%.

Allowed general unsecured claims are as follows: No possible dividend to this class.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CAPITAL ONE | 17,102.29 | 384.05 |
| 002 | PYOD ASSN OF CITI | 5,220.14 | 117.22 |
| 003 | PYOD ASSN OF CITI | 9,470.36 | 212.66 |
| 004 | PYOD ASSN OF CITI | 25,655.23 | 576.11 |
| 005 | PYOD ASSN OF CITI | 5,702.24 | 128.05 |
| 006 | PYOD ASSN OF CITI | 954.40 | 21.43 |
| 007 | CHASE BANK | 28,991.41 | 651.03 |

| | | | |
|---|---|---|---|
| 008 | CHASE BANK | 9,557.08 | 214.61 |
| 009 | CHASE BANK | 7,698.73 | 172.88 |
| 010 | PREMIER BANK | 467.73 | 10.50 |
| 011 | AM EX | 4,311.94 | 96.83 |
| 012 | AM EX | 25,818.71 | 579.78 |
| 013 | AM EX | 7,116.49 | 159.81 |
| 014 | CHASE BANK | 728.79 | 16.37 |
| 015 | WELLS FARGO | 1,310.32 | 29.42 |
| 016 | FIA CARD FOR BANK OF AMERICA | 800.17 | 17.97 |
| 017 | RECOVERY MGMT FOR GE MONEY BANK | 2,117.17 | 47.54 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:
None.

Dated: _____             For the Court,

                                    By: _____
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street, 7th Floor
                                        Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive

Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 2                   Date Rcvd: Oct 21, 2009
Case: 09-12055                 Form ID: pdf006             Total Noticed: 50

The following entities were noticed by first class mail on Oct 23, 2009.
db           +Sabino Picasso,    10N835 Maple Street,    Elgin, IL 60123-5877
aty          +Arturo P Gonzalez,    Law Offices of Arturo P Gonzalez,    920 Davis Road,    Suite 100,
               Elgin, IL 60123-1344
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
13747296     +Advanced Radiology Professionals,    520 E 22nd Street,    Lombard, IL 60148-6110
13747297     +Allied Intrestate,    3000 Corporate Exchnage Drive,    5th Floor,    Columbus, OH 43231-7723
13747301     +American Express,    c/o Becket and Lee,    P O Box 3001,    Malvern, PA 19355-0701
13747298      American Express,    P O Box 0001,    Los Angeles, CA 90096-8000
14195530      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14195528      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13747304     +Avocate Lutheran General Hospital,    Patient Financial Services,    1775 W Dempster,
               Park Ridge, IL 60068-1143
13747305     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
14076832     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
14101244     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13747306     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13747307     +Capital One,    Box 70886,    Charlotte, NC 28272-0886
13747308     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13747309     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
14197387     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13747310     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13747311     +Direct Merchants Bank,    Card Member Services - GSC,    Po Box 5246,    Carol Stream, IL 60197-5246
13747312     +Dish Network,    P O Box 9033,    Littleton, CO 80160-9033
14403406      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
13747313     +FIA Card Services,    P O Box 15137,    Wilmington, DE 19850-5137
13747317    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Plz,    Cincinnati, OH 45263)
13747318    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Customer Card Services,    38 Fountain Square Plaza,
               Cincinnati, OH 45263)
13747314     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13747322     +First Premier Bank,    900 Delaware Suite 7,    Sioux Falls, SD 57104-0337
13747324     +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
13747325     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 15522,    Wilmington, DE 19850-5522
13747327      JC Penney,    Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076
13747326     +Jb Robinson,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
14087403     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14159591     +Premier BankCard/Charter,    PO Box 2208,    Vacaville, Ca 95696-8208
13747331     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13747332      Scott’s Lawn Service,    c/o American Profit Recovery,    34405 W 12 Mile Rad, Ste 379,
               Farmington, MI 48331-5608
13747333     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13747335     +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
13747337      Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
13747336     +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2198
13747339    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
13747338     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13747340     +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
               Greenville, SC 29603-0467
14287083     +Wells Fargo Bank NA,    4137 121st Street,    Urbandale IA 50323-2310
13747341     +Wf Fin Bank,    Po Box 182273,    Columbus, OH 43218-2273
The following entities were noticed by electronic transmission on Oct 21, 2009.
13747323      E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2009 05:02:16     GE Money Bank,    P O Box 981131,
               El Paso, TX 79998-1131
13747328     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 22 2009 05:02:21     Kohls,    Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
13747330     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14427701     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2009 05:02:17     Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13747329      Nbgl-carsons
```

```
District/off: 0752-1          User: csimmons              Page 2 of 2                  Date Rcvd: Oct 21, 2009
Case: 09-12055                Form ID: pdf006             Total Noticed: 50

aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
13747299*     American Express,    P O Box 0001,   Los Angeles, CA 90096-8000
13747300*     American Express,    P O Box 0001,   Los Angeles, CA 90096-8000
13747302*    +American Express,    c/o Becket and Lee,    P O Box 3001,   Malvern, PA 19355-0701
13747303*    +American Express,    c/o Becket and Lee,    P O Box 3001,   Malvern, PA 19355-0701
13747319*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Customer Card Services,   38 Fountain Square Plaza,
               Cincinnati, OH 45263)
13747320*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Customer Card Services,   38 Fountain Square Plaza,
               Cincinnati, OH 45263)
13747321*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Customer Card Services,   38 Fountain Square Plaza,
               Cincinnati, OH 45263)
13747315*    +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
13747316*    +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
13747334*    +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                       TOTALS: 1, * 11
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2009**            **Signature:**    *Joseph Speetjens*